JEANNE R. SCHECTMAN, Respondent, v. SIMON SCHECTMAN, Appellant.—

Beldock, P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.